# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served a true copy of the foregoing MEMORANDUM IN SUPPORT OF RULE 11 MOTION on the individual listed below:

Kristine Kelly
Attorney at Law
443 E. Shields Avenue, #14
Fresno, CA 93704

Of Attorneys for Debtor/Plaintiff

[X] by **mailing** a full, true, and correct copy thereof in a sealed first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

[ ] by causing a full, true, and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.

[ ] by sending a full, true, and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, on the date set forth below.

[ ] by **faxing** a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below. The receiving fax machine was operating at the time of service and the transmission was properly completed.

DATED this 30th day of January, 2006.

*Karen L. Hammer*
Karen L. Hammer, Paralegal

PAGE 1 – CERTIFICATE OF SERVICE

The DuBoff Law Group, LLC
Hampton Oaks, 2nd Floor
6665 SW Hampton St., #200
Portland, OR 97223-8357