# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served a true copy of the foregoing **MEMORANDUM IN SUPPORT OF RULE 11 MOTION** on the individual listed below:

| | | |
|---|---|---|
| Kristine Kelly | Steven M. Koch | Office of General Counsel |
| Attorney at Law | Gubler & Ide | Administrative Office of the Courts |
| 443 E. Shields Avenue, #14 | 1110 N. Chinowth Street | 455 Golden Gate Avenue |
| Fresno, CA 93704 | Visalia, CA 93291 | San Francisco, CA 94102-3688 |
| | | |
| Of Attorneys for Debtor/Plaintiff | Of Attorneys for Defendant Warren Gubler | Of Attorneys for Defendant Fresno County Superior Court |

[X] by **mailing** a full, true, and correct copy thereof in a sealed first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

[ ] by causing a full, true, and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.

[ ] by sending a full, true, and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, on the date set forth below.

[ ] by **faxing** a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below. The receiving fax machine was operating at the time of service and the transmission was properly completed.

DATED this 3rd day of March, 2006.

_Karen L. Hammer_
Karen L. Hammer, Paralegal

The DuBoff Law Group, LLC
Hampton Oaks, 2nd Floor
6665 SW Hampton St., #200
Portland, OR 97223-8357